# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-05159-CJC<br>USBC 07-11008-s11 | Date | September 15, 2008 |
|---|---|---|---|
| Title | In Re Cytodyn of New Mexico, Inc. | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby orders appellant(s) to show cause in writing no later than September 25, 2008 why this action should not be dismissed for lack of prosecution. This order is based upon appellant's failure to file the documents required by Rule 8002, et seq. of the U.S. Bankruptcy Rules. Counsel is advised that the court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date, to avoid dismissal:

     Appellant's Opening Brief

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the court order may result in the dismissal of the action.

The clerk shall serve a copy of this minute order on counsel for all parties in this action.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | mu | |