UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-05159-CJC | Date | September 26, 2008 |
|---|---|---|---|
| Title | In Re Cytodyn of New Mexico, Inc. | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)   ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

The Court, having issued an order to show cause on September 15, 2008 as to why this action should not be dismissed for lack of prosecution with a response due on September 25, 2008 and no response having been made, IT IS HEREBY ORDERED that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

: 0

Initials of Preparer   mu